
ORIGINAL

1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7215
6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 19 2019

JEANNE G. QUINATA
CLERK OF COURT

7            IN THE UNITED STATES DISTRICT COURT

8              FOR THE TERRITORY OF GUAM

| | |
|---|---|
| 9 UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **19-00027** |
| 10                     Plaintiff, | **INDICTMENT** |
| 11 | |
| 12 | **OBSTRUCTING JUSTICE BY ENDEAVORING TO INFLUENCE A JUROR** |
| 13 | [18 U.S.C. § 1503] |
| 14            vs. | (Counts 1 to 3) **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** |
| 15 | |
| 16 JOHN T. MANTANONA A/K/A "BOOM," | [21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(A)(viii)] |
| 17 | (Count 4) |
| 18            Defendant. | **NOTICE OF FORFEITURE** |

19

20  THE GRAND JURY CHARGES:

21        <u>**COUNT 1 – OBSTRUCTING JUSTICE BY ENDEAVORING
          TO INFLUENCE A JUROR**</u>

22

23     Beginning on or about October 11, 2018 to on or about December 27, 2018, in the

24  District of Guam, the defendant JOHN T. MANTANONA A/K/A "BOOM" did knowingly and

25  corruptly endeavor to influence, intimidate and impede G.T., a petit juror, in the discharge of his

26  duty in the trial of *United States v. Raymond John Martinez and Juanita Marie Quitugua Moser,*

INDICTMENT - 1

Criminal Case No. 15-00031, by corruptly influencing G.T. to vote not guilty and influencing G.T. to persuade other petit jurors to vote not guilty, in violation of Title 18, United States Code, Section 1503(a).

## COUNT 2 – OBSTRUCTING JUSTICE BY ENDEAVORING TO INFLUENCE A JUROR

Beginning on or about October 11, 2018 to on or about December 27, 2018, in the District of Guam, the defendant JOHN T. MANTANONA A/K/A/ "BOOM" did knowingly and corruptly endeavor to influence, intimidate and impede F.A.Q., a petit juror, in the discharge of her duty in the trial of *United States v. Raymond John Martinez and Juanita Marie Quitugua Moser*, Criminal Case No. 15-00031, by corruptly positioning individuals within the courtroom in order to influence and intimidate F.A.Q. to vote not guilty, in violation of Title 18, United States Code, Section 1503(a).

## COUNT 3 – OBSTRUCTING JUSTICE BY ENDEAVORING TO INFLUENCE A JUROR

Beginning on or about October 11, 2018 to on or about December 27, 2018, in the District of Guam, the defendant JOHN T. MANTANONA A/K/A "BOOM," did knowingly and corruptly endeavor to influence, obstruct and impede the due administration of justice in *United States v. Raymond John Martinez and Juanita Marie Quitugua Moser*, Criminal Case No. 15-00031, in that JOHN T. MANTANONA A/K/A "BOOM" did influence and intimidate B.D., to sign a false and fraudulent affidavit, in violation of Title 18, United States Code, Section 1503(a).

## COUNT 4 – CONSPIRACY TO DISTRIBUTE METHAMPHETMINE HYDROCHLORIDE

From on or about January 1, 2016, and continuing thereafter until on or about January 15,

INDICTMENT - 2

2019, in the District of Guam and elsewhere, the defendant JOHN T. MANTANONA A/K/A "BOOM," knowingly and intentionally conspired and agreed with other persons known and unknown to the Grand Jury, to distribute fifty (50) grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii).

## NOTICE OF FORFEITURE

1.      The allegations contained in Counts 1-4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Section 1503 set forth in Counts 1-3 of this Indictment, the defendant, JOHN T. MANTANONA A/K/A/ "BOOM," shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following:

### a. MONEY JUDGMENT

3.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 18, United States Code, Sections 841 and 846 set forth in Count 4 of this Indictment, the defendant JOHN T. MANTANONA A/K/A/ "BOOM," shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to

INDICTMENT - 3

be forfeited includes, but is not limited to, the following:

**a. MONEY JUDGMENT**

4.      If any of the property described above, as a result of any act or omission

of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section

2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this 19th day of June, 2019.

                                    A TRUE BILL.

REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney

INDICTMENT - 4