SHAWN ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN T. MANTANONA aka BOOM,<br><br>Defendant. | CRIMINAL CASE NO. 19-00027<br><br>**UNITED STATES' APPLICATION TO SEAL THE RECORD** |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order sealing the record, in the above-entitled case, until successful arrest of the defendant has been effected.

RESPECTFULLY SUBMITTED this 19th day of June, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney