

**KIM R. WALMSLEY**
CHIEF U.S. PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 969-4600
FAX: (671) 969-4602

**GRACE D. FLORES**
DEPUTY CHIEF U.S. PROBATION OFFICER

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 237-1250
FAX: (670) 237-1251

June 28, 2019

The Honorable Joaquin V.E. Manibusan, Jr.
Magistrate Judge
The District Court of Guam
3rd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

> Re: MANTANONA, John T.
> Cr. Cs. No. 19-00027-001

> ### Report of Third Party Custodian and Location Monitoring

Dear Magistrate Judge Manibusan,

On June 19, 2019, Mr. John T. Mantanona was named in an Indictment charging him with the offenses, to wit: <u>Counts 1 to 3</u> – Obstructing Justice by Endeavoring to Influence a Juror, in violation of 18 U.S.C. § 1503, and <u>Count 4</u> – Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(A)(viii).  A Warrant of Arrest was issued and Mr. Mantanona was arrested on June 26, 2019.

On June 26, 2019, Mr. Mantanona made an Initial Appearance before Your Honor with retained counsel, Mr. Joaquin C. Arriola, Jr., at which time he entered a not guilty plea to the charges and trial was set for August 30, 2019.  The Court released Mr. Mantanona with conditions to include that he submit to Home Detention under the direction of the U.S. Probation Office.  Though location monitoring was not ordered as a component of the condition, the Court ordered the U.S. Probation Office to make an assessment of Mr. Mantanona's residence for the suitability of electronic monitoring.

On June 27, 2019, this Officer conducted a home visit to Mr. Mantanona's residence in Malojloj, Guam. He resides with his wife in a two bedroom, one bathroom fully concrete residence. The home has electrical power and a GTA phone line. It meets the requirements for electronic monitoring, except that the phone needs to be replaced with a corded phone. Mr. Mantanona and his attorney have been advised of this need. Mr. Mantanona's mother-in-law is bed-bound in an adjacent residence and requires around-the-clock care and monitoring. Should location monitoring be ordered, Mr. Mantanona will require full access to both residences on his property.

The Probation Office recommends that, should the Court continue Mr. Mantanona's release, his release conditions be modified to include that he submit to location monitoring as directed by the pretrial services and comply with all of the program requirements and instructions provided. Further, it is recommended that he be ordered to pay all or part of the cost of the program based on his ability to pay as determined by this office.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ MELINDA B. SANTOS
U.S. Probation Officer Specialist

Reviewed by:

 /s/ GRACE D. FLORES
Deputy Chief U.S. Probation Officer