KIM R. WALMSLEY
Chief U.S. Probation Officer
MELINDA B. SANTOS
U.S. Probation Officer Specialist
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 19-00027-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INFORMATIONAL REPORT |
| | ) | |
| JOHN T. MANTANONA aka Boom, | ) | |
| | ) | |
| Defendant. | ) | |

I, U.S. Probation Officer Specialist Melinda B. Santos, am temporarily assigned to supervise the Court ordered conditions of pretrial release for John T. Mantanona, and in this capacity, I declare as follows:

On June 19, 2019, Mr. John T. Mantanona was named in an Indictment charging him with the offenses, to wit: <u>Counts 1 to 3</u> – Obstructing Justice by Endeavoring to Influence a Juror, in violation of 18 U.S.C. § 1503, and <u>Count 4</u> – Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(A)(viii).  A Warrant of Arrest was issued, and Mr. Mantanona was arrested on June 26, 2019.

On June 26, 2019, Mr. Mantanona made an Initial Appearance with retained counsel, Mr. Joaquin C. Arriola, Jr., at which time he entered a not guilty plea to the charges and trial was set for August 30, 2019. The Court ordered Mr. Mantanona be released under pretrial supervision with conditions.

The defendant is alleged to have committed the following in violation of 18 U.S.C. § 3142:

**Special Condition:** *The defendant must surrender all firearms to the Guam Police Department Armory within 24 hours.*

On June 27, 2019, Guam Police Department (GPD) provided firearms registration information for the defendant which indicated he has three firearms registered in his name: 1. Smith & Wesson pistol, model BG380, caliber .380ACP; 2. Smith & Wesson pistol, model 39-2, caliber 9mm; and 3: Argentine pistol, model Browning, caliber 9mm. The registration document for the Smith & Wesson 9mm pistol had a stapled note stating "weapon was reported stolen" by a GPD Captain, although there is no GPD case number.

On June 27, 2019, this Officer conducted a home visit to Mr. Mantanona's residence in Malojloj, Guam. During the visit, he provided verification that he surrendered the BG390 Smith & Wesson pistol to the Guam Police Department Armory at 8:47 a.m. that day. However, Mr. Mantanona was informed that there were two additional firearms that are registered to him that were not surrendered: the 9mm Smith & Wesson pistol and the 9mm Argentine pistol. Mr. Mantanona explained the Smith & Wesson was reported

stolen and the Argentine pistol must have been borrowed by someone and not returned or lost.

On June 28, 2019, Mr. Mantanona provided a copy of his firearms registration documents and a hand-written note indicating a complaint was filed with the Guam Police Department stating his firearm was lost or mislaid. Officer Benavente of the GPD Dededo Precinct verified that Mr. Mantanona had reported the 9mm Argentine pistol lost or mislaid. There was no additional report filed about the 9 mm Smith & Wesson pistol.

**Supervision Compliance:** Mr. Mantanona is calling this Officer as instructed to request leave for approved absences from his residence. He reported to this office on June 28, 2019 and was processed for pretrial supervision.

**Recommendation:** It is recommended that this report be for informational purposes only and no action taken by the Court at this time.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Informational Report
Re: MANTANONA, John T.
Page 4

Executed this 28th day of June 2019, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ MELINDA B. SANTOS
U.S. Probation Officer Specialist

Reviewed by:

/s/ GRACE D. FLORES
Deputy Chief U.S. Probation Officer