THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN T. MANTANONA,<br>Defendant. | CRIMINAL CASE NO. 19-00027<br>ORDER |

This matter comes before the Court on Defendant's motion to expedite consideration of his petition for compassionate release (Dkt. No. 217). Bearing in mind the need for medical records in support of Defendant's motion, the Court sets the following briefing schedule as to Defendant's motion for compassionate release (Dkt. No. 216):

| Submission | Deadline |
|---|---|
| Deadline for Defendant to Supplement his Motion with Sealed Supporting Medical Records* | March 6, 2026 |
| The Government's Response Brief | March 20, 2026 |
| Defendant's Reply Brief | March 27, 2026 |

* The Clerk is DIRECTED to maintain medical records (submitted by either party) under seal. The party need not move for leave.

It is so ORDERED this 13th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE